JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISANA SUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMIEZ INC.; DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.: 5:22-cv-02191-SSS-SHKx<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(A)** |

**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(A)**

1

| | |
|---|---|
| 1 | Based on the Parties' stipulation, IT IS SO ORDERED. Each party shall bear her/its own attorney's fees, costs, and expenses. The Clerk of the Court is directed to dismiss this action with prejudice. All other existing dates and deadlines in this matter are hereby vacated. |
| 5 | IT IS SO ORDERED. |
| 7 | Date: March 31, 2023 |

_____
Hon. Sunshine Suzanne Sykes
United States District Judge

**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(A)**
2